UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JULIO R. MARROQUIN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> US CITIZENSHIP & IMMIGRATION § <br> SERVICE, *et al.*, § <br> § <br> Defendants. § | Case No. 3:24-cv-0676-B(BT) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated October 31, 2024. (Doc. 8). The District Judge has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**, this 8th day of January, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE